B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Indiana, Indianapolis Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Distance Learning Systems Indiana, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-2076793** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**107 North State Road 135**<br>**Suite 302**<br>**Greenwood, IN**   ZIP Code **46142** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Johnson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

<table>
<tr>
<td colspan="2"><b>Type of Debtor</b><br>(Form of Organization)<br>(Check one box)</td>
<td><b>Nature of Business</b><br>(Check one box)</td>
<td colspan="2"><b>Chapter of Bankruptcy Code Under Which<br>the Petition is Filed</b> (Check one box)</td>
</tr>
<tr>
<td colspan="2">
☐ Individual (includes Joint Debtors)<br>
<i>See Exhibit D on page 2 of this form.</i><br>
■ Corporation (includes LLC and LLP)<br>
☐ Partnership<br>
☐ Other (If debtor is not one of the above entities,<br>
check this box and state type of entity below.)
</td>
<td>
☐ Health Care Business<br>
☐ Single Asset Real Estate as defined<br>
in 11 U.S.C. § 101 (51B)<br>
☐ Railroad<br>
☐ Stockbroker<br>
☐ Commodity Broker<br>
☐ Clearing Bank<br>
☐ Other
</td>
<td colspan="2">
☐ Chapter 7<br>
☐ Chapter 9<br>
■ Chapter 11<br>
☐ Chapter 12<br>
☐ Chapter 13
   
☐ Chapter 15 Petition for Recognition<br>
of a Foreign Main Proceeding<br>
☐ Chapter 15 Petition for Recognition<br>
of a Foreign Nonmain Proceeding
</td>
</tr>
<tr>
<td colspan="3"><b>Tax-Exempt Entity</b><br>(Check box, if applicable)<br>
☐ Debtor is a tax-exempt organization<br>
under Title 26 of the United States<br>
Code (the Internal Revenue Code).</td>
<td colspan="2"><b>Nature of Debts</b><br>(Check one box)<br>
☐ Debts are primarily consumer debts,<br>
defined in 11 U.S.C. § 101(8) as<br>
"incurred by an individual primarily for<br>
a personal, family, or household purpose."
  ■ Debts are primarily<br>business debts.</td>
</tr>
</table>

<table>
<tr>
<td colspan="2"><b>Filing Fee</b> (Check one box)</td>
<td colspan="2"><b>Chapter 11 Debtors</b></td>
</tr>
<tr>
<td colspan="2">
■ Full Filing Fee attached<br><br>
☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>
attach signed application for the court's consideration certifying that the<br>
debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>
Form 3A.<br><br>
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>
attach signed application for the court's consideration. See Official Form 3B.
</td>
<td colspan="2">
Check one box:<br>
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>
Check if:<br>
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>
are less than $2,343,300 <i>(amount subject to adjustment on 4/01/13 and every three years thereafter).</i><br>
Check all applicable boxes:<br>
☐ A plan is being filed with this petition.<br>
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>
in accordance with 11 U.S.C. § 1126(b).
</td>
</tr>
</table>

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                                                        Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Distance Learning Systems Indiana, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)                    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) — Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Distance Learning Systems Indiana, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Gary Lynn Hostetler**
Signature of Attorney for Debtor(s)

**Gary Lynn Hostetler 7791-49**
Printed Name of Attorney for Debtor(s)

**HOSTETLER & KOWALIK, P.C.**
Firm Name

**101 West Ohio Street**
**Suite 2100**
**Indianapolis, IN 46204**

Address

**317-262-1001  Fax: 317-262-1010**
Telephone Number

**September 20, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Derrick K. Christy**
Signature of Authorized Individual

**Derrick K. Christy**
Printed Name of Authorized Individual

**CFO**
Title of Authorized Individual

**September 20, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana, Indianapolis Division

In re    **Distance Learning Systems Indiana, Inc.**                                   Case No. _____

                                                                    Debtor(s)        Chapter        **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Allen-Christy Associates, LLC**<br>**One Virginia Avenue**<br>**Indianapolis, IN 46204** | Allen-Christy Associates, LLC<br>One Virginia Avenue<br>Indianapolis, IN 46204 | **Past due rent** | | **365,945.37** |
| **Mark Sullivan & Associates, P.C.**<br>**9959 Crosspoint Boulevard**<br>**Indianapolis, IN 46256** | Mark Sullivan & Associates, P.C.<br>9959 Crosspoint Boulevard<br>Indianapolis, IN 46256 | **Judgment** | | **113,503.14** |
| **De Lage Landen**<br>**c/o Caine & Weiner**<br>**9960 Corporate Campus Drive, Suite 1600**<br>**Louisville, KY 40223** | De Lage Landen<br>c/o Caine & Weiner<br>9960 Corporate Campus Drive, Suite 1600<br>Louisville, KY 40223 | **Open account** | | **41,757.84** |
| **Arthur L. Smith Professional Corp.**<br>**1637 West County Line Road Suite D**<br>**Greenwood, IN 46142** | Arthur L. Smith Professional Corp.<br>1637 West County Line Road Suite D<br>Greenwood, IN 46142 | **Service rendered** | | **40,010.00** |
| **Bella Beach Villas**<br>**107 North State Road 135 Suite 301**<br>**Greenwood, IN 46142** | Bella Beach Villas<br>107 North State Road 135 Suite 301<br>Greenwood, IN 46142 | **Past due rent** | | **40,000.00** |
| **Advanta Bank Corp.**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** | Advanta Bank Corp.<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 | **Credit card** | | **34,050.56** |
| **Pitney Bowes Recovery**<br>**c/o Jack H. Frisch & Associates**<br>**9247 North Meridian Street, Suite 107**<br>**Indianapolis, IN 46260** | Pitney Bowes Recovery<br>c/o Jack H. Frisch & Associates<br>9247 North Meridian Street, Suite 107<br>Indianapolis, IN 46260 | **Lawsuit** | | **23,293.04** |
| **Lippincott Williams & Wilkins**<br>**P.O. Box 33127**<br>**Louisville, KY 40232-3127** | Lippincott Williams & Wilkins<br>P.O. Box 33127<br>Louisville, KY 40232-3127 | **Open account** | | **22,768.00** |
| **OCE Imagistics, Inc.**<br>**P.O. Box 856193**<br>**Louisville, KY 40285-6193** | OCE Imagistics, Inc.<br>P.O. Box 856193<br>Louisville, KY 40285-6193 | **Open account** | | **20,153.19** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Distance Learning Systems Indiana, Inc.**                                    Case No.   _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Frost Brown Todd, LLC**<br>**201 North Illinois Street, Suite 1900**<br>**P.O. Box 44961**<br>**Indianapolis, IN 46244-0961** | **Frost Brown Todd, LLC**<br>**201 North Illinois Street, Suite 1900**<br>**P.O. Box 44961**<br>**Indianapolis, IN 46244-0961** | **Services rendered** | | **18,466.12** |
| **Quill Corporation**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101** | **Quill Corporation**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101** | **Open account** | | **13,819.59** |
| **Christy Financial Corporation**<br>**107 North State Road 135**<br>**Suite 301**<br>**Greenwood, IN 46142** | **Christy Financial Corporation**<br>**107 North State Road 135**<br>**Suite 301**<br>**Greenwood, IN 46142** | **Loan** | | **11,668.69** |
| **Outerlimits Technologies, Inc.**<br>**7381 Sapphire Court**<br>**Plainfield, IN 46168** | **Outerlimits Technologies, Inc.**<br>**7381 Sapphire Court**<br>**Plainfield, IN 46168** | **Open account** | | **10,100.00** |
| **First Equity Card Corp.**<br>**c/o SST Card Services**<br>**P.O. Box 3997**<br>**Saint Joseph, MO 64503-1600** | **First Equity Card Corp.**<br>**c/o SST Card Services**<br>**P.O. Box 3997**<br>**Saint Joseph, MO 64503-1600** | **Credit card** | | **9,889.00** |
| **FedEx-Kinkos**<br>**P.O. Box 672085**<br>**Dallas, TX 75267-2085** | **FedEx-Kinkos**<br>**P.O. Box 672085**<br>**Dallas, TX 75267-2085** | **Open account** | | **9,657.78** |
| **Citi Business Card**<br>**Attention:  Customer Service**<br>**P.O. Box 6235**<br>**Sioux Falls, SD 57117-6235** | **Citi Business Card**<br>**Attention:  Customer Service**<br>**P.O. Box 6235**<br>**Sioux Falls, SD 57117-6235** | **Credit card** | | **9,334.58** |
| **Office Depot**<br>**P.O. Box 633211**<br>**Cincinnati, OH 45263-3211** | **Office Depot**<br>**P.O. Box 633211**<br>**Cincinnati, OH 45263-3211** | **Open account** | | **9,115.46** |
| **Jems Communications**<br>**c/o Elsevier Science, Inc.**<br>**Radarweg 29   1043 NX Amersterdam**<br>**The Netherlands** | **Jems Communications**<br>**c/o Elsevier Science, Inc.**<br>**Radarweg 29   1043 NX   Amersterdam**<br>**The Netherlands** | **Open account** | | **9,032.31** |
| **Margolis Edelstein**<br>**Curtis Center, 4th Floor**<br>**Independence Square West**<br>**Philadelphia, PA 19106-3304** | **Margolis Edelstein**<br>**Curtis Center, 4th Floor**<br>**Independence Square West**<br>**Philadelphia, PA 19106-3304** | **Open account** | | **7,843.60** |
| **Margolis Edelstein**<br>**100 Century Parkway**<br>**Suite 200**<br>**Mount Laurel, NJ 08054** | **Margolis Edelstein**<br>**100 Century Parkway**<br>**Suite 200**<br>**Mount Laurel, NJ 08054** | **Lawsuit** | | **7,843.60** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Distance Learning Systems Indiana, Inc.**                                 Case No. _____

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 20, 2010**                          Signature   **/s/ Derrick K. Christy**
_____

**Derrick K. Christy**

**CFO**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                               Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Indiana, Indianapolis Division

In re    **Distance Learning Systems Indiana, Inc.**                    Case No.
                                  _____        Chapter    **11**    _____
                                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$2,737,907.00** | **2010 YTD: Gross Receipts** |
| **$5,271,767.00** | **2009: Gross Receipts** |
| **$2,144,319.00** | **2008: Gross Receipts** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None
■  *Complete a. or b., as appropriate, and c.*

    a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐      b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Citi Business Card**<br>**Attention:  Customer Service**<br>**P.O. Box 6235**<br>**Sioux Falls, SD 57117-6235** | **various dates over the previous 90 days** | **$18,864.22** | **$9,334.58** |
| **Faris Mailing, Inc.**<br>**5517 West Minnesota Street**<br>**Indianapolis, IN 46241** | **various dates over the previous 90 days** | **$69,117.18** | **$6,934.14** |
| **Federal Express**<br>**P.O. Box 94515**<br>**Palatine, IL 60094-4515** | **various dates over the previous 90 days** | **$13,914.07** | **$0.00** |
| **Priority Press, Inc.**<br>**4026 West 10th Street**<br>**Indianapolis, IN 46222** | **various dates over the previous 90 days** | **$22,442.73** | **$0.00** |
| **Institute of Technology**<br>**107 North State Road 135**<br>**Suite 302**<br>**Greenwood, IN 46142** | **various dates over the previous 90 days** | **$11,100.00** | **$0.00** |
| **Coastal Education Institute, Inc.**<br>**107 North State Road 135**<br>**Suite 302**<br>**Greenwood, IN 46142** | **various dates over the previous 90 days** | **$15,088.97** | **$0.00** |

None
■      c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐    this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pitney Bowes Recovery vs. Distance Learning Systems, Inc.; Cause Number 41D01-1008-CC-01252** | **Complaint on Account** | **Johnson County Superior Court Number 1; Franklin, Indiana** | **Pending** |
| **Gannett Hearthcare Group vs. Distance Learning Systems, Indiana, Inc.; Cause Number 41D01-0804-CC-448** | **Complaint on Account** | **Johnson County Superior Court Number 1; Franklin, Indiana** | **Judgment** |
| **Mark Sullivan & Associates, P.C. vs. Distance Learning Systems of Indiana; Cause Number 41D06-0911-PL-050522** | **Suit on Account, Account Stated and Breach of Contract** | **Marion County Superior Court Number 6; Indianapolis, Indiana** | **Judgment entered September 16, 2010** |
| **Margolis Edelstein vs. Distance Learning Systems of Indiana, Inc.; Docket No. DC-7375-10** | **Complaint on Account** | **Superior Court of New Jersey; Burlington County** | **Judgment** |
| **Board of Governors of Higher Education vs. Nurse Crews, et al.; Docket No. CV-07-402794-S** | **Complaint for Fradulent Solicitation** | **Superior Court, Judicial District of Hartford at Hartford (State of Connecticut)** | **Judgment** |
| **Commonwealth of Massachusetts vs. Nurse Crew MA, Inc., et al.; Civil Action No. 07-3886-G** | **Complaint for Fradulent Solicitation** | **Superior Court Department of the Trial Court, State of Massachusetts** | **Judgment** |
| **Martha Alvarez, Mariam Coleman, Lillian Dalrymple, Janet Mignogna, Veronica Owens, Ann Marie Pressman, Herbert Smith and Yvonne Thomas vs. Distance Learning Systems Indiana, Inc. and Southern New Jersey Technical School; Cause Number 41D03-0812-PL-00091** | **Complaint for Damages** | **Johnson County Superior Court Number 3; Franklin, Indiana** | **Pending** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
☐    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gannet Healthcare Group c/o Pfenninger & Associates 9247 North Meridian Street, Suite 210 Indianapolis, IN 46260-1976** | **June 29, 2010** | **$985.73** |

4

**5.   Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Pitney Bowes Global Financial Service**<br>**27 Watervier Drive**<br>**Shelton, CT 06484** | **March 2010** | **Postage machine; value unknown - returned to creditor** |

**6.   Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **HOSTETLER & KOWALIK, P.C. 101 West Ohio Street Suite 2100 Indianapolis, IN 46204** | **September 2010** | **$20,000.00 plus $1,039.00 filing fee** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Jeanene Christy** | **June 2009** | **1988 Egg Harbor 35' vessel; $15,000.00** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| OCE Financial<br>4900 Broken Arrow Sound Drive<br>Boca Raton, FL | 2 copiers-value unknown (leased from OCE Financial Services, Inc. to Coastal Education Institute, Inc. and Bayside Education Institute, Inc.) | Debtor's business premises |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF<br>SOCIAL-SECURITY OR<br>OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND<br>ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **A.L. Smith Professional Corporation**<br>**1637 West County Line Road**<br>**Suite E**<br>**Greenwood, IN 46142** | **2001 to present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Betsy Chestnut (Inhouse Bookkeeper)** | **107 North State Road 135**<br>**Suite 302**<br>**Greenwood, IN 46142** |
| **A.L. Smith Professional Corporation** | **1637 West County Line Road**<br>**Suite E**<br>**Greenwood, IN 46142** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Universal Guardian Acceptance, LLC**<br>**702 Felix Street**<br>**Saint Joseph, MO 64501** | **Various dates over the prior two years as a condition of ongoing obligations** |

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Derrick K. Christy**<br>**107 North State Road 135**<br>**Suite 302**<br>**Greenwood, IN 46142** | **Chief Financial Officer and Stockholder** | **95% stockholder** |
| **David K. Christy**<br>**107 North State Road 135**<br>**Suite 302**<br>**Greenwood, IN 46142** | **President and Stockholder** | **5% stockholder** |

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **David K. Christy**<br>**107 North State Road 135**<br>**Suite 302**<br>**Greenwood, IN 46142**<br>    **President and 5% stockholder** | **2009 Payroll** | **$107,744.27 (gross wages paid in 2009)** |
| **David K. Christy**<br>**107 North State Road 135**<br>**Suite 302**<br>**Greenwood, IN 46142**<br>    **President and 5% shareholder** | **2010 year-to-date payroll** | **$73,077.04 (gross wages)** |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **September 20, 2010**   Signature   **/s/ Derrick K. Christy**

**Derrick K. Christy**

**CFO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana, Indianapolis Division

In re    **Distance Learning Systems Indiana, Inc.**

Debtor

,

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,175,511.46 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,695,517.38 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 2,186,607.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| | | Total Assets | 2,175,511.46 | | |
| | | Total Liabilities | | 3,882,124.73 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana, Indianapolis Division

In re    **Distance Learning Systems Indiana, Inc.**

Case No. _____

,
Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Distance Learning Systems Indiana, Inc.**        ,    Case No. _____

                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Distance Learning Systems Indiana, Inc.**                    ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Petty Cash | - | 15.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account at The Huntington National Bank (account number ending in 4899) | - | 14,000.00 |
| | | | Savings account at CreditUnion 1 (account number ending in 0520) | - | 7.00 |
| | | | Savings account at Forum Credit Union (account number 2041) | - | 5.00 |
| | | | Checking and savings accounts at Indiana Members Credit Union | - | 50.05 |
| | | | Reserve account at First Financial (account number ending in 8454) | - | 53,691.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Retainer held by Campbell Campbell Edwards and Conroy | - | 5,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >          **72,768.05**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                                        ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Various receivable from various clients (book value as of August 31, 2010)** | **-** | **2,092,743.41** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    **2,092,743.41**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.** ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office equipment, furnishings and supplies** | - | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >    **10,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Distance Learning Systems Indiana, Inc.** ,
Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **2,175,511.46** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re     **Distance Learning Systems Indiana, Inc.** ,                Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | **2006** | | | | | |
| **Alternative Debt Portfolio, LLC** **790 Ida Court** **Incline Village, NV 89451** | | | | | | **Blanket Security Interest (unperfected)** **Open account** | | | | | |
| | | | | | | Value $         **Undetermined** | | | | **19,626.74** | **Undetermined** |
| Account No. | | | | | | **June 4, 2009** | | | | | |
| **Jeanene Christy** **3933 Eagle Trace** **Greenwood, IN 46142** | | | | | | **Blanket Security Interest** **All Personal Property** | | | | | |
| | | | | | | Value $         **Undetermined** | | | | **475,890.64** | **Undetermined** |
| Account No. | | | | | | **2008** | | | | | |
| **Universal Guardian Acceptance, LLC** **702 Felix Street** **Saint Joseph, MO 64501** | - | | | | | **Security Interest-UCC filing** **Various receivable from various clients (book value as of August 31, 2010)** | X | X | | | |
| | | | | | | Value $         **2,092,743.41** | | | | **1,200,000.00** | **0.00** |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Value $ | | | | | |

_**0**_ continuation sheets attached

|  | Subtotal (Total of this page) | **1,695,517.38** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **1,695,517.38** | **0.00** |

B6E (Official Form 6E) (4/10)

In re   **Distance Learning Systems Indiana, Inc.**                              ,   Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Distance Learning Systems Indiana, Inc.**                    , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Henrietta Adams** <br> **100 Wold Run Drive** <br> **Simpsonville, SC 29681** | | - | **2009** <br> **Refund balance** | | | | **95.00** |
| Account No. <br><br> **ADP** <br> **50 West Liberty Street** <br> **Suite 1040** <br> **Reno, NV 89501** | | - | **2007** <br> **Open account** | | | | **4,311.04** |
| Account No. <br><br> **Advanta Bank Corp.** <br> **P.O. Box 8088** <br> **Philadelphia, PA 19101-8088** | X | - | **09/20/2010** <br> **Credit card** | | | | **34,050.56** |
| Account No. <br><br> **Allen-Christy Associates, LLC** <br> **One Virginia Avenue** <br> **Indianapolis, IN 46204** | | - | **2009** <br> **Past due rent** | | | | **365,945.37** |

__34__ continuation sheets attached

Subtotal<br>(Total of this page)                    **404,401.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                                ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Allnurses.com** 8930 177th Street West Lakeville, MN 55044 | - | | **2007** **Open account** | | | | **2,000.00** |
| Account No. **Martha Alvarez** 144 Carmel Road Millville, NJ 08332 | - | | **2008** **Lawsuit** | | | | **Undetermined** |
| Account No. **Martha Alvarez** c/o McClure McClure Davis & Henn 170 North Madison Avenue Greenwood, IN 46142 | | | Additional notice to: Martha Alvarez | | | | **Notice Only** |
| Account No. **Jose Ambroise** 929 East 76th Street, #1F Brooklyn, NY 11236 | - | | **2006** **Refund balance** | | | | **332.50** |
| Account No. **American Council on Education Central Services Departmetn 191 Washington, DC 20055-0191** | - | | **2008** **Open account** | | | | **375.98** |

Sheet no. __1__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,708.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Distance Learning Systems Indiana, Inc.** , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 08/2010 Open account | | | | |
| Approved Credit Solutions, LLC 107 North State Road 135 Suite 301 Greenwood, IN 46142 | - | | | | | | | 290.00 |
| Account No. | | | | 2007 Refund balance | | | | |
| Melanie Artess 13126 61st Street North West Palm Beach, FL 33412 | - | | | | | | | 350.00 |
| Account No. | | | | 07/2010 Open account | | | | |
| Arthur L. Davis Publishing Agency, Inc. 517 Washington Street P.O. Box 216 Cedar Falls, IA 50613 | - | | | | | | | 893.51 |
| Account No. | | | | 07/2010 Service rendered | | | | |
| Arthur L. Smith Professional Corp. 1637 West County Line Road Suite D Greenwood, IN 46142 | - | | | | | | | 40,010.00 |
| Account No. | | | | 2001 Open account | | | | |
| AT&T P.O. Box 8100 Aurora, IL 60507 | - | | | | | | | 462.20 |

Sheet no. __2__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,005.71

B6F (Official Form 6F) (12/07) - Cont.

In re   **Distance Learning Systems Indiana, Inc.**                                 ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 05/2010 Services rendered | | | | |
| Ayers Carr & Sullivan, PC 251 East Ohio Street Suite 500 Indianapolis, IN 46204 | - | | | | | | 6,982.74 |
| Account No. | | | 2009 Open account | | | | |
| Bayside Education Institute, Inc. 107 North State Road 135 Suite 302 Greenwood, IN 46142 | - | | | | | | 104.99 |
| Account No. | | | 2006 Past due rent | | | | |
| Bella Beach Villas 107 North State Road 135 Suite 301 Greenwood, IN 46142 | - | | | | | | 40,000.00 |
| Account No. | | | 09/20/2010 Open account | | | | |
| Better Business Bureau 22 East Washington Street Suite 200 Indianapolis, IN 46204 | - | | | | | | 850.00 |
| Account No. | | | 2007 Lawsuit | | | | |
| Board of Governors of Higher Education c/o Office of the Attorney General 55 Elm Street Hartford, CT 06106 | - | | | | | | Undetermined |

| | | |
|---|---|---|
| Sheet no. __3__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 47,937.73 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Distance Learning Systems Indiana, Inc.**                               ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 Open account | | | | |
| **Boat US Marine Insurance 880 South Pickett Street Alexandria, VA 22304** | - | | | | | | |
| | | | | | | | 472.00 |
| Account No. | | | 2006 Refund balance | | | | |
| **Christina Bosques 90 Englewood Avenue Waterbury, CT 06705** | - | | | | | | |
| | | | | | | | 325.00 |
| Account No. | | | 2006 Refund balance | | | | |
| **Genevieve Bowles 3506 Cameron Hills Place Zebulon, GA 30295** | - | | | | | | |
| | | | | | | | 350.00 |
| Account No. | | | 2006 Refund balance | | | | |
| **Barbara Bradley 1144 East McDowell Suite 300 Phoenix, AZ 85006** | - | | | | | | |
| | | | | | | | 325.00 |
| Account No. | | | 2006 Refund balance | | | | |
| **Nana Brandy 2025 NW County Road 3092 Frost, TX 76441** | - | | | | | | |
| | | | | | | | 350.00 |

Sheet no. __4__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   1,822.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Distance Learning Systems Indiana, Inc.**                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Francelise Bruno <br> 935 NW 83rd Street <br> Miami, FL 33150 | - | | 2006 <br> Refund balance | | | | 350.00 |
| Account No. <br><br> Angela Burden <br> 118 Hillview Lane <br> Morgantown, KY 42261 | - | | 2006 <br> Refund balance | | | | 332.50 |
| Account No. <br><br> Patricia Byers <br> 3519 Dove Loop North <br> Owensboro, KY 42301 | - | | 2006 <br> Refund balance | | | | 350.00 |
| Account No. <br><br> Pamela Calautti <br> 3662 Monaca Avenue <br> Youngstown, OH 44511 | - | | 2007 <br> Refund balance | | | | 350.00 |
| Account No. <br><br> Campbell Campbell Edwards & Conroy <br> One Constitution Plaza <br> Third Floor <br> Charlestown, MA 02129 | - | | 05/2010 <br> Open account | | | | 2,130.27 |

Sheet no. __5__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **3,512.77**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Distance Learning Systems Indiana, Inc.** _____,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Urania Campbell<br>5319 NW 189th Street<br>Opa Locka, FL 33055 | - | | 2008<br>Refund balance | | | | 350.00 |
| Account No.<br><br>Adeline Campfort<br>10108 SW 13th Street<br>Suite 303<br>Hollywood, FL 33025 | - | | 2007<br>Refund balance | | | | 700.00 |
| Account No.<br><br>Maire Cange<br>9393 Savannah Estates<br>Lake Worth, FL 33467 | - | | 2007<br>Refund balance | | | | 350.00 |
| Account No.<br><br>Jackie Cantrell<br>170 Pillar Road<br>Smithville, TN 37166 | - | | 2007<br>Refund balance | | | | 332.50 |
| Account No.<br><br>Adrianne Carley<br>580 Souther Road<br>Chickamauga, GA 30707 | - | | 2006<br>Refund balance | | | | 350.00 |

Sheet no. __6__ of __34__ sheets attached to Schedule of                          Subtotal                 | 2,082.50
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Cartridge Planet 8403 North Michigan Road Suite D Indianapolis, IN 46268 | - | | Open account | | | | 736.68 |
| Account No. | | | 2007 | | | | |
| Christy Financial Corporation 107 North State Road 135 Suite 301 Greenwood, IN 46142 | - | | Loan | | | | 11,668.69 |
| Account No. | | | 05/2010 | | | | |
| David Christy 417 North Timber Trail Greenwood, IN 46142 | - | | Reimbursement due | | | | 72.37 |
| Account No. | | | 2009 | | | | |
| Derrick K. Christy 107 North State Road 135 Suite E Greenwood, IN 46142 | - | | Loan to company | | | | 1,200,000.00 |
| Account No. | | | 2009 | | | | |
| Derrick K. Christy 107 North State Road 135 Suite E Greenwood, IN 46142 | - | | Loan to company (use of personal credit cards to pay corporate obligations) | | | | 28,307.95 |

Sheet no. __7__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,240,785.69

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                                              ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ending in 3232** <br><br> **Citi Business Card** <br> **Attention:  Customer Service** <br> **P.O. Box 6235** <br> **Sioux Falls, SD 57117-6235** | X | - | **09/20/2010** <br> **Credit card** | | | | **9,334.58** |
| Account No. <br><br> **Citrix Online** <br> **File 50264** <br> **Los Angeles, CA 90074-0264** | | - | **07/2010** <br> **Open account** | | | | **1,485.00** |
| Account No. <br><br> **Miriam Coleman** <br> **1047 Mechanic Street** <br> **Bridgeport, NJ 08014** | | - | **2008** <br> **Lawsuit** | | | | **Undetermined** |
| Account No. <br><br> **Miriam Coleman** <br> **c/o McClure McClure Davis & Henn** <br> **170 North Madison Avenue** <br> **Greenwood, IN 46142** | | | **Additional notice to:** <br> **Miriam Coleman** | | | | **Notice Only** |
| Account No. **ending in 0012** <br><br> **Commerce Bank** <br> **P.O. Box 411046** <br> **Kansas City, MO 64141-1036** | X | - | **to 09/20/2010** <br> **Credit card** | | | | **7,682.60** |

| | | |
|---|---|---|
| Sheet no. __**8**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **18,502.18** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Distance Learning Systems Indiana, Inc.** ,          Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2007 Lawsuit | | | | |
| Commonwealth of Massachusetts Consumer Protection Division One Ashburton Place Boston, MA 02108 | - | | | | | | | Undetermined |
| Account No. | | | | 2008 Refund balance | | | | |
| Sonya Cummingham P.O. Box 54396 Lexington, KY 40555-4396 | - | | | | | | | 325.00 |
| Account No. | | | | 09/10/2010 Services rendered | | | | |
| Celecia Cutts P.O. Box 833 Pleasant View, TN 37146 | - | | | | | | | 2,200.00 |
| Account No. | | | | 2009 Refund balance | | | | |
| Kandy D'Rosario 29233 Birdseye Drive Wesley Chapel, FL 33543 | - | | | | | | | 350.00 |
| Account No. | | | | 2008 Lawsuit | | | | |
| Lilian Dalrymple 7 Mulberry Court Sicklerville, NJ 08081 | - | | | | | | | Undetermined |

Sheet no. **9** of **34** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,875.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Distance Learning Systems Indiana, Inc.** ,         Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| Lillian Dalrymple c/o McClure McClure Davis & Henn 170 North Madison Avenue Greenwood, IN 46142 | | | Additional notice to: Lilian Dalrymple | | | | Notice Only |
| Account No. | | - | 2006 Refund balance | | | | |
| Gloria Davison 2522 Hampton Valley Drive Marietta, GA 30008 | | | | | | | 350.00 |
| Account No. | | - | 2009 Open account | | | | |
| De Lage Landen c/o Caine & Weiner 9960 Corporate Campus Drive, Suite 1600 Louisville, KY 40223 | | | | | | | 41,757.84 |
| Account No. | | - | 2009 Services rendered | | | | |
| Robert Decker 5611 Highway 45 Sharon, TN 38255 | | | | | | | 705.00 |
| Account No. | | - | 2009 Refund balance | | | | |
| Jackie Devries 1542 Clinton Street Muskegon, MI 49442 | | | | | | | 325.00 |

Sheet no. __10__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    43,137.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | | | 01/2010 Open account | | | | |
| DLSI Oregon/CCO c/o Chuck and Bonnie Wertzbaugher 443 South Blue River Loop Vail, AZ 85641 | - | | | | | | | 925.00 |
| Account No. | | | | 2008 Refund balance | | | | |
| Lorna Dorsett 3951-A Cocoplum Circle Pompano Beach, FL 33063 | - | | | | | | | 295.00 |
| Account No. | | | | 2007 Refund balance | | | | |
| Donna Echols 8449 Ashville Road Fort Worth, TX 76123 | - | | | | | | | 350.00 |
| Account No. | | | | 2008 Lawsuit | | | | |
| Margolis Edelstein 100 Century Parkway Suite 200 Mount Laurel, NJ 08054 | - | | | | | | | 7,843.60 |
| Account No. | | | | 2007 Refund balance | | | | |
| Ellen Edmond 332 Cow Track Road Windsor, NC 27983 | - | | | | | | | 350.00 |

Sheet no. __11__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,763.60

B6F (Official Form 6F) (12/07) - Cont.

In re **Distance Learning Systems Indiana, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 2009<br>Open account | | | | |
| eGix<br>11550 North Meridian Street<br>Suite 500<br>Carmel, IN 46032 | | | | | | | | Undetermined |
| Account No. | | - | | 2009<br>Open account | | | | |
| El Palacio<br>4900 Powerline Road<br>Fort Lauderdale, FL 33309 | | | | | | | | 646.97 |
| Account No. | | - | | 2007<br>Refund balance | | | | |
| Sally Elliott<br>2200 SOuth Cypress Bend Drive<br>Suite 303<br>Pompano Beach, FL 33069 | | | | | | | | 350.00 |
| Account No. | | - | | 2005<br>Refund balance | | | | |
| Lesa Ellison<br>4231 Rue Dartagnan<br>Stone Mountain, GA 30083 | | | | | | | | 700.00 |
| Account No. | | - | | 2007<br>Open account | | | | |
| Elsevier-Books<br>P.O. Box 0848<br>Carol Stream, IL 60132 | | | | | | | | 2,626.78 |

Sheet no. __12__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,323.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 Refund balance | | | | |
| Deborah Ely Route 4 Box 4258 Jonesville, VA 24263 | - | | | | | | 275.00 |
| Account No. | | | 2007 Service rendered | | | | |
| Emergency Consultants, Inc. 320 North Columbia Drive West Columbia, TX 77486 | - | | | | | | 400.00 |
| Account No. | | | 2006 Open account | | | | |
| Family Reformation, LLC 2020 South Fry Road Suite E Katy, TX 77450 | - | | | | | | 1,635.00 |
| Account No. | | | 07/2010 Open account | | | | |
| Faris Mailing, Inc. 5517 West Minnesota Street Indianapolis, IN 46241 | - | | | | | | 6,934.14 |
| Account No. | | | 2009 Refund balance | | | | |
| Diana Farmer 114 Pepper Grove Drive Springfield, TN 37172 | - | | | | | | 395.00 |
| Sheet no. _13_ of _34_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 9,639.14 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Distance Learning Systems Indiana, Inc.** ,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 Refund balance | | | | |
| Melody Favor 911038 Holoimua Kapolei, HI 96707 | | - | | | | | 295.00 |
| Account No. | | | 2007 Open account | | | | |
| FedEx-Kinkos P.O. Box 672085 Dallas, TX 75267-2085 | | - | | | | | 9,657.78 |
| Account No. | | | 2006 Refund balance | | | | |
| Marie Felix 48 Cumberland Road Brockton, MA 02301 | | - | | | | | 700.00 |
| Account No. | | | 2006 Services rendered | | | | |
| Miriam Fernandez 11267 SW 167 Street 33157 | | - | | | | | 1,400.00 |
| Account No. | X | - | 09/20/2010 Credit card | | | | |
| First Equity Card Corp. c/o SST Card Services P.O. Box 3997 Saint Joseph, MO 64503-1600 | | | | | | | 9,889.00 |

Sheet no. __14__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,941.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Services rendered | | | | |
| Christian Foege 2854 North Delaware Indianapolis, IN 46205 | - | | | | | | | |
| | | | | | | | | 850.00 |
| Account No. | | | | 2009 Open account | | | | |
| Francotyp-Postalia Mailing Solutions Department 4272 Carol Stream, IL 60122-4272 | - | | | | | | | |
| | | | | | | | | 142.64 |
| Account No. | | | | 2007 Refund balance | | | | |
| Vicki Franklin 2389 East Sherman Avenue Vineland, NJ 08361 | - | | | | | | | |
| | | | | | | | | 350.00 |
| Account No. | | | | 2007 Refund balance | | | | |
| Pam Franks 6684 Palomino Arlington, TN 38002 | - | | | | | | | |
| | | | | | | | | 275.00 |
| Account No. | | | | 08/2010 Services rendered | | | | |
| Frost Brown Todd, LLC 201 North Illinois Street, Suite 1900 P.O. Box 44961 Indianapolis, IN 46244-0961 | - | | | | | | | |
| | | | | | | | | 18,466.12 |

Sheet no. __15__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              20,083.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Distance Learning Systems Indiana, Inc.** ,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 01/2010 Judgment | | | | |
| Gannet Healthcare Group c/o Pefenninger & Associates 9247 North Meridian Street, Suite 210 Indianapolis, IN 46260-1976 | - | | | | | | | | 6,684.56 |
| Account No. | | | | | 2006 Refund balance | | | | |
| Bernadeth Garcia 161 North Queen Street Bergenfield, NJ 07621 | - | | | | | | | | 350.00 |
| Account No. | | | | | 2007 Refund balance | | | | |
| Annie Georgekutty 9 Wendover Road Trumbull, CT 06611 | - | | | | | | | | 960.00 |
| Account No. | | | | | 2007 Refund balance | | | | |
| Johanna Gonzalex 19-32 Palmetto Street, #3L Ridgewood, NY 11385 | - | | | | | | | | 700.00 |
| Account No. | | | | | 2006 Refund balance | | | | |
| Kathy Hahn 69 Thorne Place Keansburg, NJ 07734 | - | | | | | | | | 350.00 |

Sheet no. __16__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **9,044.56**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Helen Holcomb**<br>**3645 McMinnville Highway**<br>**Smithville, TN 37166** | - | | **2007**<br>**Refund balance** | | | | 332.50 |
| Account No.<br><br>**Home Life, Inc.**<br>**1731 Smizer Mill Road**<br>**Fenton, MO 63026** | - | | **2007**<br>**Open account** | | | | 2,804.00 |
| Account No.<br><br>**Hoosier Mailing Equipment**<br>**5623 West 74th Street**<br>**Indianapolis, IN 46278** | - | | **2008**<br>**Open account** | | | | 1,142.18 |
| Account No.<br><br>**Michele Horn**<br>**2328 Spring Hollow Loop**<br>**Wesley Chapel, FL 33543** | - | | **2009**<br>**Refund due** | | | | 80.00 |
| Account No.<br><br>**Jimmy Hoskins**<br>**103 North Colorado Street**<br>**Whitney, TX 76692** | - | | **05/2010**<br>**Refund balance** | | | | 790.00 |

Sheet no. __17__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,148.68

B6F (Official Form 6F) (12/07) - Cont.

In re   **Distance Learning Systems Indiana, Inc.** ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **HSBC Business Solutions (Office Max)** <br> **P.O. Box 4160** <br> **Carol Stream, IL 60197-4060** | - | | 09/13/2010 <br> **Open account** | | | | 4,152.85 |
| Account No. <br><br> **Input-Output Unlimited, Inc.** <br> **6425 West Broadway** <br> **Mc Cordsville, IN 46055-9541** | - | | 2007 <br> **Open account** | | | | 495.37 |
| Account No. <br><br> **Charles Jarvis** <br> **107-14 154th Street** <br> **Jamaica, NY 11433** | - | | 07/2010 <br> **Refund balance** | | | | 275.00 |
| Account No. <br><br> **Jems Communications** <br> **c/o Elsevier Science, Inc.** <br> **Radarweg 29   1043 NX   Amersterdam** <br> **The Netherlands** | - | | 05/2010 <br> **Open account** | | | | 9,032.31 |
| Account No. <br><br> **Jena Mae, Inc.** <br> **107 North State Road 135** <br> **Suite 302** <br> **Greenwood, IN 46142** | - | | 2006 <br> **Open account** | | | | 586.56 |

Sheet no. __18__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **14,542.09**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Distance Learning Systems Indiana, Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W C | | | | | |
| Account No. | | | | 2007 Refund balance | | | | |
| Carolyn Jiles 1255 NW 122nd Terrace Hollywood, FL 33026 | - | | | | | | | 350.00 |
| Account No. | | | | 2008 Refund balance | | | | |
| Ella Johnson 131-36 225th Street Springfield Gardens, NY 11413 | - | | | | | | | 395.00 |
| Account No. | | | | 2008 Refund balance | | | | |
| Michelle Johnson 102 Segura Street West Palm Beach, FL 33411 | - | | | | | | | 350.00 |
| Account No. | | | | 2006 Refund balance | | | | |
| Sharolyn Kipper 615 Cambellfield Road Hodgenville, KY 42748 | - | | | | | | | 350.00 |
| Account No. | | | | 2007 Refund balance | | | | |
| Evelyn Knowles 5900 NW 17th Place, #203 Fort Lauderdale, FL 33313 | - | | | | | | | 350.00 |

Sheet no. __19__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,795.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                              ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2005 Potential liability for services rendered | | | | |
| N Kraus 8203 Maple Leaf Court Indianapolis, IN 46268 | | - | | | | | | |
| | | | | | | | | 3,500.00 |
| Account No. | | | | 2009 Open account | | | | |
| Kridan Business Equipment 824 East Troy Avenue Indianapolis, IN 46203 | | - | | | | | | |
| | | | | | | | | 1,464.18 |
| Account No. | | | | 2007 Open account | | | | |
| Lippincott Williams & Wilkins P.O. Box 33127 Louisville, KY 40232-3127 | | - | | | | | | |
| | | | | | | | | 22,768.00 |
| Account No. | | | | 2007 Refund balance | | | | |
| Cecile Lormeus 4290 NW 42nd Avenue Fort Lauderdale, FL 33319 | | - | | | | | | |
| | | | | | | | | 700.00 |
| Account No. | | | | 2007 Refund balance | | | | |
| Sandra Louissant 5344 NW 190th Street Opa Locka, FL 33055 | | - | | | | | | |
| | | | | | | | | 350.00 |

Sheet no. __20__ of __34__ sheets attached to Schedule of                    Subtotal                   
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)          28,782.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**       ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LRG Healthcare**<br>**80 Highland Street**<br>**Laconia, NH 03246** | - | | | **2007**<br>**Open account** | | | | 2,161.25 |
| Account No.<br><br>**April Mabe**<br>**1919 Citron Street, #607**<br>**Honolulu, HI 96826** | - | | | **2007**<br>**Refund balance** | | | | 295.00 |
| Account No.<br><br>**Barbara MacDonald**<br>**9554 Verona Lakes Boulevard**<br>**Boynton Beach, FL 33437** | - | | | **2007**<br>**Refund balance** | | | | 350.00 |
| Account No.<br><br>**Margolis Edelstein**<br>**Curtis Center, 4th Floor**<br>**Independence Square West**<br>**Philadelphia, PA 19106-3304** | - | | | **2008**<br>**Open account** | | | | 7,843.60 |
| Account No.<br><br>**Mark Sullivan & Associates, P.C.**<br>**9959 Crosspoint Boulevard**<br>**Indianapolis, IN 46256** | - | | | **2009**<br>**Judgment** | | | | 113,503.14 |

Sheet no. __21__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      124,152.99

B6F (Official Form 6F) (12/07) - Cont.

In re **Distance Learning Systems Indiana, Inc.** ,    Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 08/2010 Open account | | | | |
| Marlin Leasing Corp. P.O. Box 13604 Philadelphia, PA 19101-3604 | - | | | | | | | 125.60 |
| Account No. | | | | 2006 Refund balance | | | | |
| Darla McKinney 180 Willard Perkins Road Roan Mountain, TN 37687 | - | | | | | | | 350.00 |
| Account No. | | | | 2006 Refund balance | | | | |
| Guirlene Medard 125 NW 206 Terrace Fort Lauderdale, FL 33319 | - | | | | | | | 350.00 |
| Account No. | | | | 2008 Open account | | | | |
| Merion Publications P.O. Box 8500-52278 Philadelphia, PA 19178-2278 | - | | | | | | | 2,148.48 |
| Account No. | | | | 2007 Refund balance | | | | |
| Genevieve Mezil 2240 West Acapulco Drive Hollywood, FL 33023 | - | | | | | | | 350.00 |

Sheet no. __22__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,324.08

B6F (Official Form 6F) (12/07) - Cont.

In re **Distance Learning Systems Indiana, Inc.** , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 2006 | | | | Open account | | | | |
| Midweek Printing, INc. 500 Ala Moana Boulevard Suite C7-500 Honolulu, HI 96813 | - | | | | | | | 2,211.12 |
| Account No. | | | | 2007 Refund balance | | | | |
| Tina Miele 18 Fountain Lane South Weymouth, MA 02190 | - | | | | | | | 332.50 |
| Account No. | | | | 2008 Lawsuit | | | | |
| Janet Mignogna 106 Jean Drive Hatfield, PA 19440 | - | | | | | | | Undetermined |
| Account No. | | | | Additional notice to: Janet Mignogna | | | | Notice Only |
| Janet Mignogna c/o McClure McClure Davis & Henn 170 North Madison Avenue Greenwood, IN 46142 | | | | | | | | |
| Account No. | | | | 2007 Refund balance | | | | |
| Lisa Moldenhauer 9227 West 91st Court Saint John, IN 46373 | - | | | | | | | 350.00 |

Sheet no. __23__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,893.62

B6F (Official Form 6F) (12/07) - Cont.

In re **Distance Learning Systems Indiana, Inc.** ,  Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2008 Open account | | | | |
| Monterey Financial Services 4095 Avenida de la Plata Oceanside, CA 92056 | - | | | | | | | |
| | | | | | | | | 2,100.00 |
| Account No. | | | | 2009 Open account | | | | |
| Moorman's Marine, INc. 1340 Evalena Lane North Fort Myers, FL 33917 | - | | | | | | | |
| | | | | | | | | 610.66 |
| Account No. | | | | 2006 Refund balance | | | | |
| Mario Moscosa 6906 North Lois Avenue Tampa, FL 33614 | | | | | | | | |
| | | | | | | | | 350.00 |
| Account No. | | | | 2009 Open account | | | | |
| Moss Marine 450 Harbor Court Fort Myers Beach, FL 33931 | - | | | | | | | |
| | | | | | | | | 290.44 |
| Account No. | | | | 09/01/2010 Open account | | | | |
| Neofunds by Neopost P.O. Box 30193 Tampa, FL 33630-3193 | - | | | | | | | |
| | | | | | | | | 410.27 |

Sheet no. __24__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,761.37**

B6F (Official Form 6F) (12/07) - Cont.

In re **Distance Learning Systems Indiana, Inc.** ,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2010 Open account | | | | |
| Neopost, Inc. P.O. Box 45800 San Francisco, CA 94145-0800 | - | | | | | | | 128.24 |
| Account No. | | | | 2006 Refund balance | | | | |
| Jocylyn Nichols 4970 NW 44th Avenue Pompano Beach, FL 33073 | - | | | | | | | 350.00 |
| Account No. | | | | 02/2010 Open account | | | | |
| OCE Imagistics, Inc. P.O. Box 856193 Louisville, KY 40285-6193 | - | | | | | | | 20,153.19 |
| Account No. | | | | 2007 Open account | | | | |
| Office Depot P.O. Box 633211 Cincinnati, OH 45263-3211 | - | | | | | | | 9,115.46 |
| Account No. | | | | 2009 Refund balance | | | | |
| Irene Okonkwo 3507 Harlington Lane Richardson, TX 75082 | - | | | | | | | 350.00 |

Sheet no. __25__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **30,096.89**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Distance Learning Systems Indiana, Inc.**                              , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                2009 Open account **Outerlimits Technologies, Inc. 7381 Sapphire Court Plainfield, IN 46168** | - | | | | | | | **10,100.00** |
| Account No.                                2008 Lawsuit **Veronica Owens 28 North Stockton Street, Apt. 31 Trenton, NJ 08608** | - | | | | | | | **Undetermined** |
| Account No. **Veronica Owens c/o McClure McClure Davis & Henn 170 North Madison Avenue Greenwood, IN 46142** | | | | Additional notice to: Veronica Owens | | | | **Notice Only** |
| Account No.                                2007 Refund balance **Latanya Patmon 18484 Archdale Street Detroit, MI 48235** | - | | | | | | | **350.00** |
| Account No.                                2007 Open account **Phoenyx Solutions 510 West Carmel Drive Carmel, IN 46032** | - | | | | | | | **480.00** |

Sheet no. __26__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **10,930.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Distance Learning Systems Indiana, Inc.**                              ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pitney Bowes Easypermit Postage**<br>**P.O. Box 856042**<br>**Louisville, KY 40285-6042** | - | | **03/2010**<br>**Open account** | | | | **3,606.72** |
| Account No. <br><br> **Pitney Bowes Global Financial Service**<br>**27 Watervier Drive**<br>**Shelton, CT 06484** | - | | **2008**<br>**Potential liability arising out of lease of postage machine and related equipment** | | | | **Undetermined** |
| Account No. <br><br> **Pitney Bowes Postage by Phone**<br>**P.O. Box 856042**<br>**Louisville, KY 40285-6042** | - | | **2009**<br>**Open account** | | | | **1,237.88** |
| Account No. <br><br> **Pitney Bowes Recovery**<br>**c/o Jack H. Frisch & Associates**<br>**9247 North Meridian Street, Suite 107**<br>**Indianapolis, IN 46260** | - | | **08/2010**<br>**Lawsuit** | | | | **23,293.04** |
| Account No. <br><br> **SECAP**<br>**27 Waterview Drive  27-3A**<br>**Shelton, CT 06484-4301** | | | **Additional notice to:**<br>**Pitney Bowes Recovery** | | | | **Notice Only** |

Sheet no. __27__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **28,137.64**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Distance Learning Systems Indiana, Inc.** ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2006 Refund balance | | | | |
| Liceta Portela 8541 SW 36th Street Miami, FL 33155 | - | | | | | | | 350.00 |
| Account No. | | | | 2008 Lawsuit | | | | |
| Ann Marie Pressman 2125 Lott Street Philadelphia, PA 19115 | - | | | | | | | Undetermined |
| Account No. | | | | Additional notice to: Ann Marie Pressman | | | | Notice Only |
| Ann Marie Pressman c/o McClure McClure Davis & Henn 170 North Madison Avenue Greenwood, IN 46142 | | | | | | | | |
| Account No. | | | | 2007 Open account | | | | |
| Quill Corporation P.O. Box 37600 Philadelphia, PA 19101 | - | | | | | | | 13,819.59 |
| Account No. | | | | 09/11/2010 Open account | | | | |
| Qwest P.O. Box 856169 Louisville, KY 40285-6169 | - | | | | | | | 65.47 |

| Sheet no. __28__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 14,235.06 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                              , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | to 09/16/2010 Open account | | | | |
| Ray Envelope Company 450 South Kitley Avenue P.O. Box 19187 Indianapolis, IN 46219 | - | | | | | | | 324.21 |
| Account No. | | | | 2008 Services rendered | | | | |
| Paul Richardson 2904 Inverary Court Indianapolis, IN 46237 | - | | | | | | | 4,000.00 |
| Account No. | | | | 2007 Refund balance | | | | |
| Lauri-Ann Roeglin 733 Scottsdale Street Henderson, NV 89002 | - | | | | | | | 350.00 |
| Account No. | | | | 2006 Open account | | | | |
| Sanders Office Products c/o Capital Adjustments, Inc. P.O. Box 781204 Sebastian, FL 32978 | - | | | | | | | 5,222.81 |
| Account No. | | | | 05/2010 Open account | | | | |
| SECAP Finance P.O. Box 405371 Atlanta, GA 30384-5371 | - | | | | | | | 956.54 |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     10,853.56

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.** ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 08/2010 | | | | |
| **Shred-It 8104 Woodland Drive Indianapolis, IN 46278** | - | | Open account | | | | |
| | | | | | | | 236.00 |
| Account No. | | | 2006 | | | | |
| **Smart Kessler & Torres 1648 Frey Road Suite A Greenwood, IN 46142** | - | | Services rendered | | | | |
| | | | | | | | 1,520.00 |
| Account No. | | | 2008 | | | | |
| **Herbert Smith 5298 Laurel Avenue Merchantville, NJ 08109** | - | | Lawsuit | | | | |
| | | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Herbert Smith c/o McClure McClure Davis & Henn 170 North Madison Avenue Greenwood, IN 46142** | | | Additional notice to: Herbert Smith | | | | Notice Only |
| Account No. | | | 2006 | | | | |
| **Software House International, Inc. 33 Knightsbridge Road Piscataway, NJ 08854** | - | | Open account | | | | |
| | | | | | | | 2,882.52 |

Sheet no. __30__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    4,638.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2006 Open account | | | | |
| Southern Dunes 8220 South Tibbs Avenue Indianapolis, IN 46217 | - | | | | | | 2,047.20 |
| Account No. | | | 2006 Refund balance | | | | |
| Julie Tabingo 700 Bales Court, #23C McAllen, TX 78503 | - | | | | | | 233.75 |
| Account No. | | | 2008 Lawsuit | | | | |
| Yvonne Thomas 248 Tiffany Lane Willingboro, NJ 08046 | - | | | | | | Undetermined |
| Account No. | | | Additional notice to: Yvonne Thomas | | | | Notice Only |
| Yvonne Thomas c/o McClure McClure Davis & Henn 170 North Madison Avenue Greenwood, IN 46142 | | | | | | | |
| Account No. | | | 2008 Open account | | | | |
| Thompson Publishing Group Subscription Service Center P.O. Box 26185 Tampa, FL 33623-6185 | - | | | | | | 294.95 |

Sheet no. __31__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,575.90**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                    ,    Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2006 Refund balance | | | | |
| Ruth Thompson P.O. Box 491 Cloverdale, IN 46120 | | - | | | | | | 350.00 |
| Account No. | | | | 2006 Refund balance | | | | |
| Usha Tiwari 2203 Yarbroughway Dacula, GA 30019 | | - | | | | | | 350.00 |
| Account No. | | | | 08/2010 Open account | | | | |
| TransUnion P.O. Box 99506 Chicago, IL 60693-9506 | | - | | | | | | 230.19 |
| Account No. | | | | 08/2010 Open account | | | | |
| United States Trademark Renewal Service 910 17th Way 8th Floor Washington, DC 20006 | | - | | | | | | 175.00 |
| Account No. | | | | 2009 Open account | | | | |
| USA Career Tutors 107 North State Road 135 Suite 302 Greenwood, IN 46142 | | - | | | | | | 2,145.72 |

Sheet no. __32__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,250.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Distance Learning Systems Indiana, Inc.**                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **2008** **Open account** | | | | |
| **Vista Graphics Communications** **7915 East 30th Street** **Indianapolis, IN 46219** | - | | | | | | | 3,693.13 |
| Account No. | | | | **09/08/2010** **Potential liability arising out of surrender of postage machine** | | | | |
| **Wells Fargo Financial Capital Finance** **Manufacturer Services Group** **P.O. Box 7777** **San Francisco, CA 94120-7777** | - | | | | | | | 1,634.27 |
| Account No. | | | | **2008** **Open account** | | | | |
| **Wiley Printing** **10717 Plano Road** **Suite 400** **Dallas, TX 75238** | - | | | | | | | 6,748.00 |
| Account No. | | | | **2009** **Refund balance** | | | | |
| **Susan Williams** **250 Oak Lane** **Vidor, TX 77662** | - | | | | | | | 350.00 |
| Account No. | | | | **2008** **Services rendered** | | | | |
| **Woodard Emhardt Moriarty McNett & Henry** **111 Monument Circle** **Suite 3700** **Indianapolis, IN 46204** | - | | | | | | | 200.00 |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            12,625.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Distance Learning Systems Indiana, Inc.**                          ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2006 Refund balance | | | | |
| **Elizabeth Young** **10315 East Shore Road** **Marenisco, MI 49947** | - | | | | | | |
| | | | | | | | **295.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no.  __34__  of  __34__  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | **295.00** |
|---|---|
| Total (Report on Summary of Schedules) | **2,186,607.35** |

B6G (Official Form 6G) (12/07)

In re      **Distance Learning Systems Indiana, Inc.**                                    Case No. _____
                                                                    ,
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Marlin Leasing Corp.**<br>**P.O. Box 13604**<br>**Philadelphia, PA 19101-3604** | **Lease for water cooler system** |
| **Pitney Bowes Global Financial Services**<br>**27 Waterview Drive**<br>**Shelton, CT 06484** | **Lease of postage machine and related equipment** |
| **Various Students** | **Outstanding contracts for educational services/instruction** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re     **Distance Learning Systems Indiana, Inc.**                                   ,     Case No. _____
                                               Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Derrick K. Christy**<br>**107 North State Road 135**<br>**Suite E**<br>**Greenwood, IN 46142** | **Citi Business Card**<br>**Attention:  Customer Service**<br>**P.O. Box 6235**<br>**Sioux Falls, SD 57117-6235** |
| **Derrick K. Christy**<br>**107 North State Road 135**<br>**Suite E**<br>**Greenwood, IN 46142** | **Advanta Bank Corp.**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** |
| **Derrick K. Christy**<br>**107 North State Road 135**<br>**Suite E**<br>**Greenwood, IN 46142** | **First Equity Card Corp.**<br>**c/o SST Card Services**<br>**P.O. Box 3997**<br>**Saint Joseph, MO 64503-1600** |
| **Derrick K. Christy**<br>**107 North State Road 135**<br>**Suite E**<br>**Greenwood, IN 46142** | **Commerce Bank**<br>**P.O. Box 411046**<br>**Kansas City, MO 64141-1036** |

**0**
_____  continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana, Indianapolis Division

In re   **Distance Learning Systems Indiana, Inc.**                                    Case No. _____
                                                      Debtor(s)                          Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**46**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 20, 2010**                    Signature   **/s/ Derrick K. Christy**
                                                             **Derrick K. Christy**
                                                             **CFO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Indiana, Indianapolis Division

In re   **Distance Learning Systems Indiana, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.   $  **1,039.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor      □ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor      □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

□ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 20, 2010**

**/s/ Gary Lynn Hostetler**
**Gary Lynn Hostetler**
**HOSTETLER & KOWALIK, P.C.**
**101 West Ohio Street**
**Suite 2100**
**Indianapolis, IN 46204**
**317-262-1001   Fax: 317-262-1010**

---

# United States Bankruptcy Court
## Southern District of Indiana, Indianapolis Division

In re    **Distance Learning Systems Indiana, Inc.**                                                          ,        Case No. _____

                                                    Debtor

                                                                                            Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Christy**<br>**417 North Timber Trail**<br>**Greenwood, IN 46142** | | **5%** | **Ownership Interest** |
| **Derrick K. Christy**<br>**3933 Eagle Trace**<br>**Greenwood, IN 46142** | | **95%** | **Ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**September 20, 2010**_____                     Signature__**/s/ Derrick K. Christy**_____
                                                                                                          **Derrick K. Christy**
                                                                                                          **CFO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                    18 U.S.C §§  152 and 3571.

___**0**_____ continuation sheets attached to List of Equity Security Holders

Henrietta Adams
100 Wold Run Drive
Simpsonville, SC 29681

Approved Credit Solutions, LLC
107 North State Road 135
Suite 301
Greenwood, IN 46142

Bou' Us' Marine Insurance
880 South Pickett Street
Alexandria, VA 22304

ADP
50 West Liberty Street
Suite 1040
Reno, NV 89501

Melanie Artess
13126 61st Street North
West Palm Beach, FL 33412

Christina Bosques
90 Englewood Avenue
Waterbury, CT 06705

Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101-8088

Arthur L. Davis Publishing Agency, Inc.
517 Washington Street
P.O. Box 216
Cedar Falls, IA 50613

Genevieve Bowles
3506 Cameron Hills Place
Zebulon, GA 30295

Allen-Christy Associates, LLC
One Virginia Avenue
Indianapolis, IN 46204

Arthur L. Smith Professional Corp.
1637 West County Line Road
Suite D
Greenwood, IN 46142

Barbara Bradley
1144 East McDowell
Suite 300
Phoenix, AZ 85006

Allnurses.com
8930 177th Street West
Lakeville, MN 55044

AT&T
P.O. Box 8100
Aurora, IL 60507

Nana Brandy
2025 NW County Road 3092
Frost, TX 76441

Alternative Debt Portfolio, LLC
790 Ida Court
Incline Village, NV 89451

Ayers Carr & Sullivan, PC
251 East Ohio Street
Suite 500
Indianapolis, IN 46204

Francelise Bruno
935 NW 83rd Street
Miami, FL 33150

Martha Alvarez
144 Carmel Road
Millville, NJ 08332

Bayside Education Institute, Inc.
107 North State Road 135
Suite 302
Greenwood, IN 46142

Angela Burden
118 Hillview Lane
Morgantown, KY 42261

Jose Ambroise
929 East 76th Street, #1F
Brooklyn, NY 11236

Bella Beach Villas
107 North State Road 135
Suite 301
Greenwood, IN 46142

Patricia Byers
3519 Dove Loop North
Owensboro, KY 42301

American Council on Education
Central Services
Departmetn 191
Washington, DC 20055-0191

Better Business Bureau
22 East Washington Street
Suite 200
Indianapolis, IN 46204

Pamela Calautti
3662 Monaca Avenue
Youngstown, OH 44511

Ann Marie Pressman
c/o McClure McClure Davis & Henn
170 North Madison Avenue
Greenwood, IN 46142

Board of Governors of Higher Education
c/o Office of the Attorney General
55 Elm Street
Hartford, CT 06106

Campbell Campbell Edwards & Conro
One Constitution Plaza
Third Floor
Charlestown, MA 02129

Urania Campbell
5319 NW 189th Street
Opa Locka, FL 33055

Jeanene Christy
3933 Eagle Trace
Greenwood, IN 46142

Gloria Davison
2522 Hampton Valley Drive
Marietta, GA 30008

Adeline Campfort
10108 SW 13th Street
Suite 303
Hollywood, FL 33025

Citi Business Card
Attention:  Customer Service
P.O. Box 6235
Sioux Falls, SD 57117-6235

De Lage Landen
c/o Caine & Weiner
9960 Corporate Campus Drive, Suite 1
Louisville, KY 40223

Maire Cange
9393 Savannah Estates
Lake Worth, FL 33467

Citrix Online
File 50264
Los Angeles, CA 90074-0264

Robert Decker
5611 Highway 45
Sharon, TN 38255

Jackie Cantrell
170 Pillar Road
Smithville, TN 37166

Miriam Coleman
1047 Mechanic Street
Bridgeport, NJ 08014

Derrick K. Christy
107 North State Road 135
Suite E
Greenwood, IN 46142

Adrianne Carley
580 Souther Road
Chickamauga, GA 30707

Commerce Bank
P.O. Box 411046
Kansas City, MO 64141-1036

Jackie Devries
1542 Clinton Street
Muskegon, MI 49442

Cartridge Planet
8403 North Michigan Road
Suite D
Indianapolis, IN 46268

Commonwealth of Massachusetts
Consumer Protection Division
One Ashburton Place
Boston, MA 02108

DLSI Oregon/CCO
c/o Chuck and Bonnie Wertzbaugher
443 South Blue River Loop
Vail, AZ 85641

Christy Financial Corporation
107 North State Road 135
Suite 301
Greenwood, IN 46142

Sonya Cummingham
P.O. Box 54396
Lexington, KY 40555-4396

Lorna Dorsett
3951-A Cocoplum Circle
Pompano Beach, FL 33063

David Christy
417 North Timber Trail
Greenwood, IN 46142

Celecia Cutts
P.O. Box 833
Pleasant View, TN 37146

Donna Echols
8449 Ashville Road
Fort Worth, TX 76123

Derrick K. Christy
107 North State Road 135
Suite E
Greenwood, IN 46142

Kandy D'Rosario
29233 Birdseye Drive
Wesley Chapel, FL 33543

Margolis Edelstein
100 Century Parkway
Suite 200
Mount Laurel, NJ 08054

Derrick K. Christy
107 North State Road 135
Suite E
Greenwood, IN 46142

Lilian Dalrymple
7 Mulberry Court
Sicklerville, NJ 08081

Ellen Edmond
332 Cow Track Road
Windsor, NC 27983

eGix
11550 North Meridian Street
Suite 500
Carmel, IN 46032

El Palacio
4900 Powerline Road
Fort Lauderdale, FL 33309

Sally Elliott
2200 SOuth Cypress Bend Drive
Suite 303
Pompano Beach, FL 33069

Lesa Ellison
4231 Rue Dartagnan
Stone Mountain, GA 30083

Elsevier-Books
P.O. Box 0848
Carol Stream, IL 60132

Deborah Ely
Route 4
Box 4258
Jonesville, VA 24263

Emergency Consultants, Inc.
320 North Columbia Drive
West Columbia, TX 77486

Family Reformation, LLC
2020 South Fry Road
Suite E
Katy, TX 77450

Faris Mailing, Inc.
5517 West Minnesota Street
Indianapolis, IN 46241

Diana Farmer
114 Pepper Grove Drive
Springfield, TN 37172

Melody Favor
911038 Holoimua
Kapolei, HI 96707

FedEx-Kinkos
P.O. Box 672085
Dallas, TX 75267-2085

Marie Felix
48 Cumberland Road
Brockton, MA 02301

Miriam Fernandez
11267 SW 167 Street
33157

First Equity Card Corp.
c/o SST Card Services
P.O. Box 3997
Saint Joseph, MO 64503-1600

Christian Foege
2854 North Delaware
Indianapolis, IN 46205

Francotyp-Postalia Mailing Solutions
Department 4272
Carol Stream, IL 60122-4272

Vicki Franklin
2389 East Sherman Avenue
Vineland, NJ 08361

Pam Franks
6684 Palomino
Arlington, TN 38002

Frost Brown Todd, LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961

Gannet Healthcare Group
c/o Pefenninger & Associates
9247 North Meridian Street, Suite 210
Indianapolis, IN 46260-1976

Bernadeth Garcia
161 North Queen Street
Bergenfield, NJ 07621

Annie Georgekutty
9 Wendover Road
Trumbull, CT 06611

Johanna Gonzalex
19-32 Palmetto Street, #3L
Ridgewood, NY 11385

Kathy Hahn
69 Thorne Place
Keansburg, NJ 07734

Herbert Smith
c/o McClure McClure Davis & Henn
170 North Madison Avenue
Greenwood, IN 46142

Helen Holcomb
3645 McMinnville Highway
Smithville, TN 37166

Home Life, Inc.
1731 Smizer Mill Road
Fenton, MO 63026

Hoosier Mailing Equipment
5623 West 74th Street
Indianapolis, IN 46278

Michele Horn
2328 Spring Hollow Loop
Wesley Chapel, FL 33543

Jimmy Hoskins
103 North Colorado Street
Whitney, TX 76692

Sharolyn Kepper
615 Cambellfield Road
Hodgenville, KY 42748

Barbara MacDonald
9554 Verona Lakes Boulevard
Boynton Beach, FL 33437

HSBC Business Solutions (Office Max)
P.O. Box 4160
Carol Stream, IL 60197-4060

Evelyn Knowles
5900 NW 17th Place, #203
Fort Lauderdale, FL 33313

Margolis Edelstein
Curtis Center, 4th Floor
Independence Square West
Philadelphia, PA 19106-3304

Input-Output Unlimited, Inc.
6425 West Broadway
Mc Cordsville, IN 46055-9541

N Kraus
8203 Maple Leaf Court
Indianapolis, IN 46268

Mark Sullivan & Associates, P.C.
9959 Crosspoint Boulevard
Indianapolis, IN 46256

Janet Mignogna
c/o McClure McClure Davis & Henn
170 North Madison Avenue
Greenwood, IN 46142

Kridan Business Equipment
824 East Troy Avenue
Indianapolis, IN 46203

Marlin Leasing Corp.
P.O. Box 13604
Philadelphia, PA 19101-3604

Charles Jarvis
107-14 154th Street
Jamaica, NY 11433

Lillian Dalrymple
c/o McClure McClure Davis & Henn
170 North Madison Avenue
Greenwood, IN 46142

Martha Alvarez
c/o McClure McClure Davis & Henn
170 North Madison Avenue
Greenwood, IN 46142

Jems Communications
c/o Elsevier Science, Inc.
Radarweg 29    1043 NX    Amersterdam
The Netherlands

Lippincott Williams & Wilkins
P.O. Box 33127
Louisville, KY 40232-3127

Darla McKinney
180 Willard Perkins Road
Roan Mountain, TN 37687

Jena Mae, Inc.
107 North State Road 135
Suite 302
Greenwood, IN 46142

Cecile Lormeus
4290 NW 42nd Avenue
Fort Lauderdale, FL 33319

Guirlene Medard
125 NW 206 Terrace
Fort Lauderdale, FL 33319

Carolyn Jiles
1255 NW 122nd Terrace
Hollywood, FL 33026

Sandra Louissant
5344 NW 190th Street
Opa Locka, FL 33055

Merion Publications
P.O. Box 8500-52278
Philadelphia, PA 19178-2278

Ella Johnson
131-36 225th Street
Springfield Gardens, NY 11413

LRG Healthcare
80 Highland Street
Laconia, NH 03246

Genevieve Mezil
2240 West Acapulco Drive
Hollywood, FL 33023

Michelle Johnson
102 Segura Street
West Palm Beach, FL 33411

April Mabe
1919 Citron Street, #607
Honolulu, HI 96826

Midweek Printing, INc.
500 Ala Moana Boulevard
Suite C7-500
Honolulu, HI 96813

Tina Miele
18 Fountain Lane
South Weymouth, MA 02190

Jocylyn Nichols
4970 NW 44th Avenue
Pompano Beach, FL 33073

Pitney Bowes Global Financial Servic
27 Waterview Drive
Shelton, CT 06484

Janet Mignogna
106 Jean Drive
Hatfield, PA 19440

OCE Imagistics, Inc.
P.O. Box 856193
Louisville, KY 40285-6193

Pitney Bowes Postage by Phone
P.O. Box 856042
Louisville, KY 40285-6042

Miriam Coleman
c/o McClure McClure Davis & Henn
170 North Madison Avenue
Greenwood, IN 46142

Office Depot
P.O. Box 633211
Cincinnati, OH 45263-3211

Pitney Bowes Recovery
c/o Jack H. Frisch & Associates
9247 North Meridian Street, Suite 107
Indianapolis, IN 46260

Lisa Moldenhauer
9227 West 91st Court
Saint John, IN 46373

Irene Okonkwo
3507 Harlington Lane
Richardson, TX 75082

Liceta Portela
8541 SW 36th Street
Miami, FL 33155

Monterey Financial Services
4095 Avenida de la Plata
Oceanside, CA 92056

Outerlimits Technologies, Inc.
7381 Sapphire Court
Plainfield, IN 46168

Ann Marie Pressman
2125 Lott Street
Philadelphia, PA 19115

Moorman's Marine, INc.
1340 Evalena Lane
North Fort Myers, FL 33917

Veronica Owens
28 North Stockton Street, Apt. 31
Trenton, NJ 08608

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101

Mario Moscosa
6906 North Lois Avenue
Tampa, FL 33614

Latanya Patmon
18484 Archdale Street
Detroit, MI 48235

Qwest
P.O. Box 856169
Louisville, KY 40285-6169

Moss Marine
450 Harbor Court
Fort Myers Beach, FL 33931

Phoenyx Solutions
510 West Carmel Drive
Carmel, IN 46032

Ray Envelope Company
450 South Kitley Avenue
P.O. Box 19187
Indianapolis, IN 46219

Neofunds by Neopost
P.O. Box 30193
Tampa, FL 33630-3193

Pitney Bowes Easypermit Postage
P.O. Box 856042
Louisville, KY 40285-6042

Paul Richardson
2904 Inverary Court
Indianapolis, IN 46237

Neopost, Inc.
P.O. Box 45800
San Francisco, CA 94145-0800

Pitney Bowes Global Financial Service
27 Watervier Drive
Shelton, CT 06484

Lauri-Ann Roeglin
733 Scottsdale Street
Henderson, NV 89002

Sanders  Office  Products
c/o  Capital  Adjustments,  Inc.
P.O.  Box  781204
Sebastian,  FL  32978

Thompson  Publishing  Group
Subscription  Service  Center
P.O.  Box  26185
Tampa,  FL  33623-6185

Wells  Fargo  Financial  Capital  Finance
Manufacturer  Services  Group
P.O.  Box  7777
San  Francisco,  CA  94120-7777

SECAP
27  Waterview  Drive   27-3A
Shelton,  CT  06484-4301

Ruth  Thompson
P.O.  Box  491
Cloverdale,  IN  46120

Wiley  Printing
10717  Plano  Road
Suite  400
Dallas,  TX  75238

SECAP  Finance
P.O.  Box  405371
Atlanta,  GA  30384-5371

Usha  Tiwari
2203  Yarbroughway
Dacula,  GA  30019

Susan  Williams
250  Oak  Lane
Vidor,  TX  77662

Shred-It
8104  Woodland  Drive
Indianapolis,  IN  46278

TransUnion
P.O.  Box  99506
Chicago,  IL  60693-9506

Woodard  Emhardt  Moriarty  McNett  &  H
111  Monument  Circle
Suite  3700
Indianapolis,  IN  46204

Smart  Kessler  &  Torres
1648  Frey  Road
Suite  A
Greenwood,  IN  46142

United  States  Trademark  Renewal  Service
910  17th  Way
8th  Floor
Washington,  DC  20006

Elizabeth  Young
10315  East  Shore  Road
Marenisco,  MI  49947

Herbert  Smith
5298  Laurel  Avenue
Merchantville,  NJ  08109

Universal  Guardian  Acceptance,  LLC
702  Felix  Street
Saint  Joseph,  MO  64501

Yvonne  Thomas
c/o  McClure  McClure  Davis  &  Henn
170  North  Madison  Avenue
Greenwood,  IN  46142

Software  House  International,  Inc.
33  Knightsbridge  Road
Piscataway,  NJ  08854

USA  Career  Tutors
107  North  State  Road  135
Suite  302
Greenwood,  IN  46142

Southern  Dunes
8220  South  Tibbs  Avenue
Indianapolis,  IN  46217

Various  Students

Julie  Tabingo
700  Bales  Court,  #23C
McAllen,  TX  78503

Veronica  Owens
c/o  McClure  McClure  Davis  &  Henn
170  North  Madison  Avenue
Greenwood,  IN  46142

Yvonne  Thomas
248  Tiffany  Lane
Willingboro,  NJ  08046

Vista  Graphics  Communications
7915  East  30th  Street
Indianapolis,  IN  46219

# United States Bankruptcy Court
## Southern District of Indiana, Indianapolis Division

In re    __Distance Learning Systems Indiana, Inc.__    Case No.
                   Debtor(s)    Chapter    __11__


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Distance Learning Systems Indiana, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


__September 20, 2010__            /s/ Gary Lynn Hostetler
Date                          **Gary Lynn Hostetler**

Signature of Attorney or Litigant
Counsel for   **Distance Learning Systems Indiana, Inc.**
**HOSTETLER & KOWALIK, P.C.**
**101 West Ohio Street**
**Suite 2100**
**Indianapolis, IN 46204**
**317-262-1001 Fax:317-262-1010**